# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Onaje Kudura Seabrook, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 1:23-07-RMG |
| vs. | ) | |
| | ) | |
| Lt. Carter and Sgt. Marlon Perkins, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The Court has presently pending before it a Report and Recommendation from the Magistrate Judge recommending that summary judgment be granted to Defendants concerning Plaintiff's pending § 1983 action brought by Plaintiff, a state prisoner, *pro se*.  (Dkt. No. 68). Plaintiff has been provided two extensions of time to file a response to the Report and Recommendation. (Dkt. Nos. 71, 79).  Plaintiff has now filed a new motion which appears to request a third extension of time to file a response to the Report and Recommendation and copies of various documents previously filed by Plaintiff and Defendants concerning the Report and Recommendation. (Dkt. No. 83).   Plaintiff has advised the Court that his copies of those documents were misplaced when he was moved from one prison facility to another.  Defendants have advised the Court they do not object to the most recent motion of Plaintiff. (Dkt. No. 84).

The Court grants this third motion for an extension of time to file a response to the Report and Recommendation. (Dkt. No. 83).  Plaintiff will have until March 13, 2024 to file a response to the Report and Recommendation.  No further extensions will be granted.

The Clerk is directed to include in the mailing of this Order a copy of the following documents which have been requested by Plaintiff:  Dkt. Nos. 63 (with all exhibits), 64, and 66.

1

**AND IT IS SO ORDERED**.

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

Charleston, South Carolina
February 13, 2024